RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Kevin Leavold

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KEVIN LEAVOLD,<br><br>   Defendant. | Case No. 2:22-mj-00041-DJA<br><br>ORDER   TO CONTINUE<br>PRELIMINARY HEARING<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Kevin Leavold, that the Preliminary Hearing currently scheduled on February 28, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

   This Stipulation is entered into for the following reasons:

   1.   Counsel for defendant needs additional time to investigate and is negotiating the case in speaking with Mr. Leavold.

   2.   The defendant is not in custody and agrees with the need for the continuance.

   3.   The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED this 22nd day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Daniel Schiess<br>DANIEL SCHIESS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00041-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| KEVIN LEAVOLD, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, February 28, 2022 at 4:00 p.m., be vacated and continued to April 11, 2022, at 4:00 p.m., Courtroom 3A.

DATED this 23rd day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3